WOLLMUTH MAHER & DEUTSCH LLP
Paul R. DeFilippo, Esq.
500 Fifth Avenue, 12th Floor
New York, New York 10110
-and-
90 Washington Valley Road
Bedminster, NJ 07921
Tel: (212) 382-3300
Fax: (212) 382-0050
Email: pdefilippo@wmd-law.com

*Counsel for LTL Management LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                  Debtor. | Case No.: 23-12825 (MBK)<br><br>Chapter 11 |
| LTL MANAGEMENT LLC,<br><br>                  Plaintiff,<br>    v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>                  Defendants. | Adv. Proc. No. 23-01092 (MBK) |
| THE OFFICIAL COMMITTEE OF TALC CLAIMANTS,<br><br>                  Appellant,<br>v.<br><br>LTL MANAGEMENT LLC,<br><br>                  Appellee. | Case No.: 23-02567 (MAS)<br><br>Honorable Michael A. Shipp |

**NOTICE OF MOTION FOR AN ORDER
<u>ADMITTING GREGORY M. GORDON TO APPEAR *PRO HAC VICE*</u>**

---
[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**TO:** **PARTIES ON THE COURT'S ELECTRONIC MAIL NOTICE LIST**

**PLEASE TAKE NOTICE** that on July 17, 2023, at 10:00 a.m. or as soon thereafter as counsel may be heard, LTL Management LLC ("Appellee") shall apply, pursuant Local Civil Rule 101.1(c), before the Honorable Judge Michael A. Shipp, United States District Court for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 5W, Trenton, NJ 08608, for entry of an Order admitting Gregory M. Gordon, Esq., of the law firm Jones Day, counsel for Appellee in this proceeding, *Pro Hac Vice* on behalf of Appellee in the pending matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Appellee will rely upon the declarations of Paul R. DeFilippo and Gregory M. Gordon submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Appellee does not request the opportunity to present oral argument in support of this Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed order granting the relief requested is submitted herewith.

Dated: June 23, 2023

>Respectfully submitted,
>
>   /s/ *Paul R. DeFilippo*
>     Paul R. DeFilippo
>
>WOLLMUTH MAHER & DEUTSCH LLP
>Paul R. DeFilippo, Esq.
>500 Fifth Avenue, 12th Floor
>New York, New York 10110
>-and-
>90 Washington Valley Road
>Bedminster, NJ 07921
>Tel: (212) 382-3300
>Fax: (212) 382-0050
>Email: pdefilippo@wmd-law.com
>
>*Counsel for LTL Management LLC*