WOLLMUTH MAHER & DEUTSCH LLP
Paul R. DeFilippo, Esq.
500 Fifth Avenue, 12th Floor
New York, New York 10110
-and-
90 Washington Valley Road
Bedminster, NJ 07921
Tel: (212) 382-3300
Fax: (212) 382-0050
Email: pdefilippo@wmd-law.com

*Counsel for LTL Management LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                      Debtor. | Case No.: 23-12825 (MBK)<br><br>Chapter 11 |
| LTL MANAGEMENT LLC,<br><br>                      Plaintiff,<br>    v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>                      Defendants. | Adv. Proc. No. 23-01092 (MBK) |
| THE OFFICIAL COMMITTEE OF TALC CLAIMANTS,<br><br>                      Appellant,<br>v.<br><br>LTL MANAGEMENT LLC,<br><br>                      Appellee. | Case No.: 23-02567 (MAS)<br><br>Honorable Michael A. Shipp |

**DECLARATION OF PAUL R. DeFILIPPO IN SUPPORT OF MOTION
<u>FOR AN ORDER ADMITTING GREGORY M. GORDON TO APPEAR *PRO HAC VICE*</u>**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

I, Paul R. DeFilippo, of full age, hereby certify as follows:

1. I am a partner with the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110.

2. I have been a member in good standing of the bar of the State of New Jersey since 1978 and a member in good standing of the bar of the United States District Court for the District of New Jersey since 1978.

3. I make this Declaration in support of the application of Gregory M. Gordon to practice before this court *pro hac vice* in accordance with L. Civ. R. 101.1(c). The facts contained in the Declaration of Mr. Gordon are true and correct to the best of my knowledge, information, and belief.

4. I am co-counsel of record in this matter and will work closely with Mr. Gordon. As co-counsel of record, I understand that in the event that the Court grants this application, all notices, orders and pleadings shall be served upon me as local counsel, and I shall notify counsel of their receipt, and that only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees, or orders. I further understand that I will be held responsible for Mr. Gordon and the conduct of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2023
New York, New York

                                                 */s/ Paul R. DeFilippo*
                                                 Paul R. DeFilippo