

Genova Burns LLC
110 Allen Rd., Ste. 304
Basking Ridge, NJ 07920
**Tel:** 973.467.2700  **Fax:** 973.467.8126
**Web:** www.genovaburns.com

Daniel M. Stolz, Esq.
Partner
Member of the NJ Bar
dstolz@genovaburns.com
Direct:  973-230-2095

August 1, 2023

Honorable Michael A. Shipp
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

> **Re:   Official Committee of Talc Claimants, Appellant**
> **v. LTL Management, LLC, Appellee**
> **Case No. 3:23-cv-02567**

Dear Judge Shipp:

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6.1, Petitioner-Appellant, the Official Committee of Talc Claimants ("TCC") requests a modification of the briefing schedule in this appeal.  All who have appeared in this appeal have consented to this request.  Specifically, the TCC requests a 30-day extension of time for all deadlines and filings as proposed below:

| Filing | Current Deadlines[1] | Proposed New Deadlines |
|---|---|---|
| Appellee's Response Brief | August 2, 2023 | September 1, 2023 |
| Appellant's Reply Brief | August 16, 2023 | September 15, 2023 |

Good cause supports this request because postponing the parties' briefs in this appeal would conserve the parties' and this Court's resources.  This appeal concerns the bankruptcy court's preliminary injunction order (Dkt. No. 91, Adv. Pro. 23-01092) and related opinion (Dkt. No. 94, Adv. Pro. 23-01092).  However, on July 28, 2023, the bankruptcy court granted motions

---

[1] Pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(1), the "appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted," which was docketed on June 12, 2023 (ECF No. 2).  "The appellee must serve and file a brief within 30 days after service of the appellant's brief."  Fed. R. Bankr. P. 8018(a)(2). "The appellant may serve and file a reply brief within 14 days after service of the appellee's brief," Fed. R. Bankr. P. 8018(a)(3).



Honorable Michael A. Shipp
Re: Official Committee of Talc Claimants v. LTL Management, LLC
Case No. 3:23-cv-02918
August 1, 2023
PAGE TWO


by the TCC, several states, and the U.S. Trustee to dismiss the bankruptcy petition for lack of good faith (Dkt. No. 1127).  As a result, the preliminary injunction (along with the entire bankruptcy case) will likely cease to exist.  If that were to occur, the TCC's appeal of the preliminary injunction order would, of course, be rendered moot. However, because the form of that dismissal is currently contested between the TCC and the Debtor—which includes the remote possibility that the dismissal order will be (incorrectly) stayed pending appeal—the TCC is not prepared to withdraw its appeal at this time.  Because that uncertainty will exist until the dismissal order is entered by the bankruptcy court, we seek a 30-day extension of all current deadlines in this appeal.

For these reasons, we respectfully request that the Court modify the briefing schedule as proposed herein.

Very truly yours,

**GENOVA BURNS LLC**

DANIEL M. STOLZ

DMS


**So Ordered this 3rd day of August, 2023.**

**Honorable Michael A. Shipp, U.S.D.J.**